IN THE UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
TEXAS DALLAS DIVISION

| | |
|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC. PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION<br><br>THIS ORDER RELATES TO:<br><br>MARVIN ANDREWS: No. 3:15-cv-03484-K;<br>KATHLEEN DAVIS: No. 3:15-cv-01767-K;<br>SANDRA LLAMAS: No. 3:13-cv-03804-K;<br>ROSA METZLER: No. 3:12-cv-02066-K;<br>JUDITH RODRIGUEZ: No. 3:13-cv-3938-K;<br>LISA STANDERFER: No. 3:14-cv-01730-K;<br>MICHAEL WEISER: No. 3:13-cv-03631-K | MDL No. 2244<br><br><br>JUDGE KINKEADE |

ORDER REGARDING PRODUCTION OF MEDICAL RECORDS AND MATERIALS

The above referenced cases have been selected by the Court for trial starting September 26, 2016 in *In re DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation*, which is pending in the United States District Court for the Northern District of Texas. The prompt collection of the medical records and materials sought by the requests made by Recordtrak are critical to the preparation of these matters for trial.

Accordingly, the Court orders that any outstanding requested records, radiology, and/or pathology sought by the pending request from Recordtrak in the above referenced cases be produced to Recordtrak on or before August 3, 2016.

SO ORDERED.

Signed July 28th, 2016.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE