IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC. PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No. 2244 <br><br> Honorable Ed Kinkeade |
| *This Document Relates To:* <br><br> *Andrews v. DePuy Orthopaedics, Inc., et al.* <br> No. 3:15-cv-03484-K <br><br> *Davis v. DePuy Orthopaedics, Inc., et al.* <br> No. 3:15-cv-01767-K <br><br> *Metzler v. DePuy Orthopaedics, Inc., et al.* <br> No. 3:12-cv-02066-K <br><br> *Rodriguez v. DePuy Orthopaedics, Inc., et al.* <br> No. 3:13-cv-03938-K <br><br> *Standerfer v. DePuy Orthopaedics, Inc., et al.* <br> No. 3:14-cv-01730-K <br><br> *Weiser v. DePuy Orthopaedics, Inc., et al.* <br> No. 3:13-cv-03631-K | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ALLOW LIVE TESTIMONY VIA CONTEMPORANEOUS TRANSMISSION BY SOME WITNESSES AT TRIAL**

Good cause appearing, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Allow Live Testimony via Contemporaneous Transmission is **GRANTED**.

THUS DONE AND SIGNED this _____day of_____, 2016 at Dallas, Texas

                                                                **JUDGE KINKEADE**