IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARVIN ANDREWS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | Civil No. 3:15-CV-03484-K |
| | § | |
| DEPUY ORTHOPAEDICS, INC. et al, | § | |
| | § | |
| Defendants. | § | |

## PRETRIAL ORDER

Pursuant to Federal Rule of Civil Procedure 16(b) and the local rules of this Court, the Court enters this Pretrial Order.

1. The parties shall identify each witness they intend to call at trial, including an estimated length of testimony and whether the witness will testify live or by deposition, by September 12, 2016.

2. The parties shall identify their trial exhibits by September 16, 2016.

3. The parties shall file their motions in *limine* by September 16, 2016.

4. The parties shall appear for a pretrial conference at 1:30 p.m. on September 20, 2016.

**SO ORDERED.**

Signed September 7, 2016.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE