IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: DEPUY ORTHOPAEDICS, | § | |
| INC. PINNACLE HIP IMPLANT | § | MDL Docket No. |
| PRODUCTS LIABILITY | § | |
| LITIGATION | § | 3:11-MD-2244-K |
| | § | |
| ------------------------------------------------- | § | |
| This Order Relates To: | § | |
|     *Andrews* – 3:15-cv-3484-K | § | |
|     *Davis* – 3:15-cv-1767-K | § | |
|     *Metzler* – 3:12-cv-2066-K | § | |
|     *Rodriguez* – 3:13-cv-3938-K | § | |
|     *Standerfer* – 3:14-cv-1730-K | § | |
|     *Weiser* – 3:13-cv-3631-K | § | |
| ------------------------------------------------- | § | |

**ORDER DENYING PLAINTIFFS' MOTION TO ALLOW FOR THE VIDEO RECORDING OF TRIAL TESTIMONY**

Before the Court is Plaintiffs' Motion to Allow for the Video Recording of Trial Testimony. This case is set for trial September 26, 2016. After considering the Motion [*Andrews*, 3:15-cv-3484-K, Doc. 42; *Davis*, 3:15-cv-1767-K, Doc. 46; *Metzler*, 3:12-cv-2066-K, Doc. 43; *Rodriguez*, 3:13-cv-3938-K, Doc. 41; *Standerfer*, 3:14-cv-1730-K, Doc. 40; *Weiser*, 3:13-cv-3631-K, Doc. 41] and Defendants' Response [*Andrews*, 3:15-cv-3484-K, Doc. 47; *Davis*, 3:15-cv-1767-K, Doc. 51; *Metzler*, 3:12-cv-2066-K, Doc. 48; *Rodriguez*, 3:13-cv-3938-K, Doc. 46; *Standerfer*, 3:14-cv-1730-K, Doc. 45; *Weiser*, 3:13-cv-3631-K, Doc. 46], the Court holds that Plaintiffs fail to

show good cause for the Court to allow for the recording of testimony despite Local Rule 83.18's prohibition of video recording of trial.  Plaintiffs' Motion is DENIED.

**SO ORDERED.**

Signed September 20, 2016.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE