IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARVIN ANDREWS and ELIZABETH ANDREWS, | § § § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil No. 3:15-CV-03484-K |
| DEPUY ORTHOPAEDICS, INC. et al, | § § | |
| Defendants. | § | |

## SUPPLEMENTAL PRETRIAL ORDER

Pursuant to Federal Rule of Civil Procedure 16(b) and the local rules of this Court, the Court enters this Supplemental Pretrial Order.

1. The parties shall confer on their trial exhibits and file any objections by September 23, 2016.

2. The parties shall confer on designated testimony for witnesses appearing by deposition and file any objections by September 23, 2016.

3. The parties shall confer regarding their motions in *limine* and file a report regarding areas of agreement by September 23, 2016.

**SO ORDERED.**

Signed September 20, 2016.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE