# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 16-11419

_____

**A True Copy**
Certified order issued Sep 27, 2016

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

In re: DEPUY ORTHOPAEDICS, INCORPORATED; JOHNSON & JOHNSON, INCORPORATED; DEPUY PRODUCTS, INCORPORATED; JOHNSON & JOHNSON SERVICES, INCORPORATED; DEPUY SYNTHES, INCORPORATED; JOHNSON & JOHNSON; JOHNSON & JOHNSON INTERNATIONAL; DEPUY INTERNATIONAL LIMITED,

     Petitioners

_____

Petition for a Writ of Mandamus to the
Northern District of Texas, Dallas

_____

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the petition for writ of mandamus is DENIED.

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 27, 2016

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 16-11419   In re: DePuy Orthopaedics, Inc., et al
                         USDC No. 3:11-MD-2244
                         USDC No. 3:12-CV-2066
                         USDC No. 3:13-CV-3631
                         USDC No. 3:13-CV-3938
                         USDC No. 3:14-CV-1730
                         USDC No. 3:15-CV-1767
                         USDC No. 3:15-CV-3484

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Shawn D. Henderson, Deputy Clerk
                                        504-310-7668

cc w/encl:
    Mr. Richard J. Arsenault
    Mr. Franklin D. Azar
    Mr. John H. Beisner
    Mr. Stephen J. Harburg
    Mr. W. Mark Lanier
    Ms. Jessica Davidson Miller
    Mr. Kevin Philip Parker
    Mr. Michael Vance Powell
    Ms. Andrea Mahady Price
    Mr. Richard E. Sarver
    Mr. Geoffrey M. Wyatt