**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC. PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No. 2244<br><br>Honorable Ed Kinkeade |
| *This Document Relates To:*<br><br>*Andrews v. DePuy Orthopedics, et al.*, No. 3:15-cv-03484-K<br>*Davis v. DePuy Orthopedics, et al.*, No. 3:15-cv-01767-K<br>*Metzler v. DePuy Orthopedics, et al.*, No. 3:12-cv-02066-K<br>*Rodriguez v. DePuy Orthopedics, et al.*, No. 3:13-cv-03938-K<br>*Standerfer v. DePuy Orthopedics, et al.*, No. 3:14-cv-01730-K<br>*Weiser v. DePuy Orthopedics, et al.*, No. 3:13-cv-03631-K | |

**CERTIFICATION OF COUNSEL**

I, Richard J. Arsenault, affirm and certify, that pursuant to Federal Rules of Civil Procedure, Rule 11, I fully support and hereby add my signature to every document filed in this Court on behalf of both the Plaintiffs Executive Committee as well as all documents filed in this Court on behalf of the Plaintiffs in the above captioned consolidated matter.

                                                                                           _____
                                                                                           Richard J. Arsenault
                                                                                           NEBLETT, BEARD & ARSENAULT
                                                                                           2220 Bonaventure Court
                                                                                           P.O. Box 1190
                                                                                           Alexandria, Louisiana 71301
                                                                                           Telephone: (800) 256-1050
                                                                                           Fax: (318) 561-2591
                                                                                           E-mail: rarsenault@nbalawfirm.com

**CERTIFICATE OF SERVICE**

I certify that the foregoing instrument was served on counsel for the Defendants by the Court's ECF system and also by electronic mail on September 28, 2016.

                                                          /s/ Jennifer M. Hoekstra