## *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**　　　　　　　　　　　　　　　　　　　　　　　　**TEL. 504-310-7700**
**CLERK**　　　　　　　　　　　　　　　　　　　　　　　　　　　**600 S. MAESTRI PLACE**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**NEW ORLEANS, LA 70130**

September 27, 2016

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

　　　No. 16-11419　　In re: DePuy Orthopaedics, Inc., et al
　　　　　　　　　　　USDC No. 3:11-MD-2244
　　　　　　　　　　　USDC No. 3:12-CV-2066
　　　　　　　　　　　USDC No. 3:13-CV-3631
　　　　　　　　　　　USDC No. 3:13-CV-3938
　　　　　　　　　　　USDC No. 3:14-CV-1730
　　　　　　　　　　　USDC No. 3:15-CV-1767
　　　　　　　　　　　USDC No. 3:15-CV-3484

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Shawn D. Henderson, Deputy Clerk
　　　　　　　　　　　　　　　　　　　　504-310-7668

cc w/encl:
　　Mr. Richard J. Arsenault
　　Mr. Franklin D. Azar
　　Mr. John H. Beisner
　　Mr. Stephen J. Harburg
　　Mr. W. Mark Lanier
　　Ms. Jessica Davidson Miller
　　Mr. Kevin Philip Parker
　　Mr. Michael Vance Powell
　　Ms. Andrea Mahady Price
　　Mr. Richard E. Sarver
　　Mr. Geoffrey M. Wyatt

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 16-11419

———————————

A True Copy
Certified order issued Sep 27, 2016

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

In re: DEPUY ORTHOPAEDICS, INCORPORATED; JOHNSON & JOHNSON, INCORPORATED; DEPUY PRODUCTS, INCORPORATED; JOHNSON & JOHNSON SERVICES, INCORPORATED; DEPUY SYNTHES, INCORPORATED; JOHNSON & JOHNSON; JOHNSON & JOHNSON INTERNATIONAL; DEPUY INTERNATIONAL LIMITED,

   Petitioners

———————————

Petition for a Writ of Mandamus to the
Northern District of Texas, Dallas

———————————

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:

  IT IS ORDERED that the petition for writ of mandamus is DENIED.

E. GRADY JOLLY, Circuit Judge, concurring:

  Although the district court misapplied Rules 43(a) and 45(c), I concur in the denial of the petition for a writ of mandamus.