IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC. PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION | § § § § § § | MDL Docket No. |
| ------------------------------------------------ | § | |
| This Order Relates To: | § | |
|    *Andrews* – 3:15-cv-03484-K | § | |
|    *Davis* – 3:15-cv-01767-K | § | 3:11-MD-2244-K |
|    *Metzler* – 3:12-cv-02066-K | § | |
|    *Rodriguez* – 3:13-cv-3938-K | § | |
|    *Standerfer* – 3:14-cv-01730-K | § | |
|    *Weiser* – 3:13-cv-03631-K | § | |
| ------------------------------------------------ | § | |

**ORDER DENYING DEFENDANTS' MOTION TO QUASH SUBPOENA SERVED ON PAMELA PLOUHAR**

Before the Court is Defendant's Motion to Motion to Quash Subpoena Served on Pamela Plouhar in *Andrews*, 3:15-cv-03484-K (Doc. 67), *Davis*, 3:15-cv-01767-K (Doc. 68), *Metzler*, 3:12-cv-02066-K (Doc. 64), *Rodriguez*, 3:13-cv-03938-K (Doc. 63), *Standerfer*, 3:14-cv-01730-K (Doc. 63), and *Weiser*, 3:13-cv-03631-K (Doc. 69). Defendants' Motion is DENIED as moot. Pamela Plouhar will testify via contemporaneous satellite transmission in accordance with the Court's September 20, 2016 Order.

   **SO ORDERED.**

   Signed October 3rd, 2016.

*Ed Kinkeade*
_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE